454 A.2d 155

Commonwealth v. Oliver, Appellant.

Argued May 4, 1982. Madaline B. Tomlinson, for appellant; Andrew S. Kovach, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, ROWLEY and CIRILLO, JJ.

The judgment of sentence is affirmed.